■ In the Matter of AMERICAN HEART ASSOCIATION—NEW

York State Affiliate, Inc., Appellant. Northern New York Heart Association, Inc., et al., Respondents. (Appeal No. 2.) —Order unanimously affirmed without costs. Same memorandum as in *Matter of Peck (American Heart Assn.)* ([appeal No. 1] 148 AD2d 946 [decided herewith]). (Appeal from order of Oswego County Surrogate's Court, Murray, S.—will construction.) Present—Dillon, P. J., Green, Pine, Balio and Lawton, JJ.